**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID COPELAND-JACKSON | |
| Plaintiff, | CASE NO.: 1:08-cv-00558 |
| vs. | |
| IRV OSLIN | JUDGE: Ellen S. Huvelle |
| and | |
| DIX COMMUNICATIONS, | |
| Defendants. | |

**CERTIFICATE UNDER LCvR 7.1 REGARDING DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, the undersigned, counsel of record for Dix Communications, certify that to the best of my knowledge and belief, Dix Communications does not have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/ *Mark I. Bailen*
MARK I. BAILEN (459623)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue N.W.
Suite 1100
Washington, D.C. 20036
Tel: (202) 861-1500
Fax: (202) 861-1783
Email: *mbailen@bakerlaw.com*

An Attorney for Defendants