IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID COPELAND-JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 1:08-cv-00558 (ESH) |
| ) | |
| IRV OSLIN and ) | |
| DIX COMMUNICATIONS, ) | |
| ) | |
| Defendants. ) | |

CONSENT MOTION FOR EXTENSION OF TIME
FOR DEFENDANTS TO SERVE ANSWER OR OTHERWISE PLEAD

Defendants Irv Oslin and Dix Communications, through counsel, respectfully move for an extension of time to serve their answer, move, or otherwise plead in response to Plaintiff's Complaint, to and including April 28, 2008, and as grounds therefor state as follows:

1. The undersigned counsel has consulted with Plaintiff and he has consented to the proposed extension; and

2. Defendants' response is currently due April 7, 2008, which is five days after the Notice of Removal was filed. Fed. R. Civ. P. 81(c).

WHEREFORE, Defendants respectfully request that the Court extend Defendants' time to answer, move, or otherwise plead to April 28, 2008.

Respectfully submitted,

/s/ *Mark I. Bailen*
Mark I. Bailen (459623)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington D.C.  20036
Tel:  (202) 861-1500
Fax: (202) 861-1783
Email:  mbailen@bakerlaw.com

Attorney for Defendants

## CERTIFICATE OF SERVICE

A copy of the foregoing Consent Motion for Extension of Time for Defendants to Serve Answer or Otherwise Plead, which was filed electronically on this 4th day of April, 2008, was served by U.S. mail, postage prepaid, this 4th day of April, 2008 upon the following:

David Copeland-Jackson
2542 Naylor Road SE #20
Washington, D.C. 20020

Plaintiff *Pro Se*


/s/ *Mark I. Bailen*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID COPELAND-JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 1:08-cv-00558 (ESH) |
| ) | |
| IRV OSLIN and ) | |
| DIX COMMUNICATIONS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On this _____ day of _____, 2008, upon consideration of the Consent Motion For Extension Of Time For Defendants To Serve Answer Or Otherwise Plead, it is hereby

ORDERED that the Consent Motion is hereby GRANTED and Defendants shall have until April 28, 2008 to answer, move or otherwise plead.

_____
ELLEN S. HUVELLE
United States District Judge