UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

DAVID COPELAND-JACKSON,            )
                                   )
       Plaintiff,                  )
                                   )
    v.                             ) Civil Action No.  08-00558 (ESH)
                                   )
IRV OSLIN                          )
                                   )
   and                             )
                                   )
DIX COMMUNICATIONS,                )
                                   )
       Defendants.                 )
_____)

## ORDER

    Having reviewed the parties' pleadings, the Court concludes that defendants have established to a legal certainty that plaintiff's claims have a potential value in excess of the jurisdictional amount.  *See Anile Pharmacy, Inc. v. Hoffman-Larouch, Inc.*, 2000 U.S. Dist. LEXIS 11348, at * 19 (D.D.C. Feb. 1, 2000).   Plaintiff requests $74,499.99 in damages, plus any other relief in law or equity to which he is entitled.  Given that punitive damages would be available were plaintiff to prevail, *see Houlahan v. World Wide Ass'n of Specialty Programs*, 2006 U.S. Dist. LEXIS 71858, at * 28 (D.D.C. Sept. 29, 2006),  the additional relief that he requests would certainly exceed the two cents necessary to establish this Court's jurisdiction.  Moreover, given that plaintiff claims that he has suffered a lost employment opportunity, injury to his personal reputation, and a number of physical and mental ailments as a result of defendants' actions, it appears that even plaintiff's compensatory damages would far exceed his stated claim.  Although, the plaintiff is ordinarily the master of his complaint, *see St. Paul*

*Mercury Indem. Co. v. Red Cab. Co.*, 303 U.S. 283, 288 (1938), the Court concludes based on the particular circumstances of this case that plaintiff's stated claim was made in bad faith to avoid this Court's jurisdiction and therefore is not controlling. *See id.* Plaintiff's Motion to Remand to Superior Court [Dkt. 5] is **DENIED**.

      **SO ORDERED.**

                                                /s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

DATE:   April 16, 2008