RECEIVED
APR 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## United States District Court
Washington, District of Columbia

David Copeland-Jackson,
    Plaintiff,

vs.       Case Number: 1:08-cv-00558

Irv Oslin, et. al.,       Ellen S. Huvelle, Judge
    Defendants.

### Amended Complaint and Jury Demand

Plaintiff filed the original complaint in the Superior Court of the District of Columbia, case 2008 CA 002000 B. The case was improperly removed to this court and a motion to remand back to the Superior Court is pending here. This amended complaint was filed in both courts.

Plaintiff now amends his original complaint, and incorporates the original complaint by this reference as if written verbatim herein. This amendment relates back to filing of the original complaint. Paragraphs 1a, 2a, 5a, 7a, and 15a-b are new averments. Paragraphs 6, 7, 10, 17, 18, and 20 of the original complaint are specifically replaced and amended by the following.

1. (a) Defendant Topix LLC resides at 1001 Elwell Court, Palo Alto, CA 94303; (650)461-8300.

2. (a) Topix LLC operates a news website (www.topix.net) that re-published the libelous material from the Ashland Times Gazette.

5. (a) Irv Oslin does not know with an absolute certainty if Mr. Jackson committed any offense whatsoever. He is and was free to contemplate the idea that any charge against Mr. Jackson resulted from false allegations and legal error.

6. Mr. Jackson has always denied that he committed the alleged acts underlying his criminal record with his then-minor accusers. The defendants went beyond simply reporting the facts of the court case according to the public record, and published material that put Mr. Jackson in false light. Mr. Jackson states that it's one thing to simply report on a case, but it's another thing to publish that he is a "pedophile." Worse, the defendants referred to Mr. Jackson as "convicted pedophile David Copeland-Jackson."

7. On January 29, 2008, the defendants published a news article, wherein they called Mr. Jackson, a "pedophile." Defendants Irv Oslin and Dix Communications repeated this action on February 21, 2008 and again, on February 27, 2008. Irv Oslin authored these articles. These articles calling Mr. Jackson a pedophile constitute libel per se.

7. (a)   Topix repeated or otherwise republished the January 29 libel and is subject to liability as if it had originally published the libel.

10.   Many view pedophilia as a disease for which there is no cure, and many view pedophiles as a constant threat to public safety. A pedophile is also perceived as being odious and infamous. A pedophile is seen as the worst of all criminals, and certainly subjects one to ridicule, contempt or disgrace. Being called a pedophile lowered Mr. Jackson in the estimation of the community and deterred third persons from associating or dealing with Mr. Jackson.

15. (a)   In the "About Us" section on the Topix website, Topix claims to be *"the leading news community on the Web, connecting people to the information and discussions that matter to them in every U.S. town and city."*

15. (b)   Topix allowed readers to view the libel and then post comments relating to it, and there are four posts responding to the defendants' libel.

17.   Mr. Jackson suffers from many collateral consequences of his underlying criminal conviction and states that getting and keeping a job after serving a jail term is incredibly difficult. That difficulty is increased when employers learn that a person specifically served time for a sex offense, notwithstanding innocence. The defendants caused injury to Mr. Jackson's personal reputation. Being called a pedophile negatively impacted Mr. Jackson's employment and ability to maintain his livelihood in his chosen fields of employment.

18.   Mr. Jackson has suffered stress, depression, chest pains, fear of going out in public, anxiety, loss of appetite, insomnia and nightmares, migraines, cognitive dissonance, fear of loss of livelihood, and loss of status/social isolation due to the defendants' false publications that Mr. Jackson is a pedophile.

20.   Mr. Jackson requests a trial by jury on all claims in this complaint; and, demands judgment against Irv Oslin and Dix Communications for seventy-four thousand nine hundred ninety-nine dollars and ninety-nine cents ($74,999.99), plus interest, costs, and attorney's fees as allowed by law. Mr. Jackson demands judgment against Topic LLC for seventy-four thousand nine hundred ninety-nine dollars and ninety-nine cents ($74,999.99), plus interest, costs, and attorney's fees as allowed by law. Plaintiff requests any other relief that he may be entitled to at law and equity.

                                         Respectfully Submitted

                                         *[signature]*
                                         David Copeland-Jackson
                                         Plaintiff

Certificate of Service

I certify that a true copy of this amended complaint and jury demand with concomitant attachments were sent on April 7, 2008 by ordinary mail with postage prepaid to:

Counsel for Defendants Irv Oslin and Dix Communications
Mark I. Bailen
Baker & Hostetler, LLP
1050 Connecticut Avenue NW
Suite 1100
Washington, DC 20036

And

Topix, LLC
1001 Elwell Court
Palo Alto, CA 94303

David Copeland-Jackson
Plaintiff



Browse or Search



THE AMERICAN
INSTITUTE
OF ARCHITECTS

# Walk the Walk








## About Topix

Related Links

Topix is the leading news community on the Web, connecting people to the information and discussions that matter to them in every U.S. town and city.

A Top 20 online news destination (ComScore, November 2007), the site links news from 50,000 sources to 360,000 lively user-generated forums. Topix also works with the nation's major media companies to grow and engage their online audiences through forums, classifieds, publishing platforms and RSS feeds.

Based in Palo Alto, Calif., Topix LLC is a privately held company with investment from Gannett Co., Inc. (NYSE: GCI), The McClatchy Company (NYSE: MNI) and Tribune Company.

Topix LLC is not affiliated in any manner with Tokyo Stock Exchange, Inc.

The answer seemed simple in 2004: aggregate news from thousands of sources, create thousands of topically driven news web pages and populate each of those pages with only news about that particular topic.

The Topix team did just that. We created artificial intelligence algorithms that continuously monitor breaking news from over 50,000 sources, 24 hours a day.

These algorithms read every story as it is released and then categorize each one into one or more of the 360,000 news pages, including pages for all 32,500 US zip codes, 5,500 public company and industry verticals, 48,000 celebrities and musicians, 1,500 sports teams and personalities, and many, many more. Pretty soon, millions of people were visiting the site every month.

But visitors wanted more: they wanted to tell us what they thought about the news on the site. They jammed our email and voice mail with comments about the articles and stories that mattered to them. In response, we added forums to the site in December 2005.

And then it got really interesting.

More than 1 million people posted 5.5 million comments, adding more than 30,000 comments a day. And many of the most passionate discussions were happening at the local level.

But even with 50,000 news sources, there just wasn't enough local news – and what news there was, couldn't be tuned finely enough with algorithms alone.

So, in April 2007, we decided to open up our site, and give anyone the power to discuss, edit and share the news that matters to them.

Previously, several Topix founders created the _____ (originally called "NewHoo"), the first open development directory for the Internet, and now the largest human-edited web directory.

Topix is applying that model to the news, turning passive news into active dialogue by giving people an easy-to-use publishing system with a built-in audience.

We have combined the best technology with the strongest local participation to create the best destination for news and discussion. By giving everyone access to the tools to talk – and an audience to listen – Topix redefines what it means to make the news.

Topix. Your town. Your news. Your take.

Copyright ©2008 Topix LLC



ARE YOU HEAVY OR HEALTHY?

www.Wu-YiSource.com

FIND YOUR WEIGHT

| | | |
|---|---|---|
| 5'1" | 100 133 | 122 145 |
| 5'2" | 104 136 | 116 149 |
| 5'3" | 109 142 | 121 152 |

FREE Diet Profile

Click for Details

Feedback - Ads by Google



Browse or Search





# Search for "david copeland-jackson"
News continually updated from thousands of sources across the web

david copeland-jackson    Search Again

Save 35% off your monthly payment by using 13 car buying secrets.

**Results 1 - 1 of 1 for "david copeland-jackson"**

1. 
   Jan 29, 2008 | Ashland Times-Gazette
   A Mansfield man with ties to convicted pedophile David Copeland-Jackson declined to accept a negotiated plea agreement Monday in Common Pleas Court.
   Related Topix:

Get Your Gmc Battery Get Fast, Free Installation Today!

Certified Thrifty cars for sale. See photos, prices, options, more!

« Previous    1    Next »

Until July 5, enjoy the Employee Discount on all 2005 Saturns

**Advanced Search**

**Search All Topics**

Keyword(s)
david copeland-jackson

Blog search
News and Blogs

Restrict to source

For example: CNN, Newsday, Fox Sports, New York Times, etc.

Restrict to URL

For example: cnn.com, newsday.com, foxsports.com, nytimes.com, etc.

Restrict to ZIP code or city

For example: 94303 or New York, NY

Search All Topics

Copyright ©2008 Topix LLC

# Mansfield man rejects plea in pedophile-related case

Posted by robloblogger Jan 29, 2008

**Full Story:**

A            man with ties to convicted pedophile David Copeland-Jackson declined to accept a negotiated plea agreement Monday in Common Pleas Court.

**Related Topix**

Ads by Google

- Avoid Work At Home Online Scams! I Will Show You The Ones That Work.

- Surf and Hang Out With His Kids and Make CEO money at home. Learn How

- Both volunteer and sightsee in one Voluntours for you and your family!

Showing posts 1 - 4 of

**friend**    Feb 9, 2008    #1        Judged:    1

I know Pete, his wife Anne and his daughter Emily. I also know Copeland-Jackson. I also know Joseph Cutlip. I also know the author of the article and I know how the ashland criminal process work. Peter is a good man and Cutlip was convicted of burglary and also went to prison.

**who cares who you know**    Feb 10, 2008    #2        Judged:    1

If he had anything to do with pedophilia, he's a worthless dung pile

**friend**    Feb 18, 2008    #3        Judged:    1

> who cares who you know wrote:
> If he had anything to do with pedophilia, he's a worthless dung pile

The point was I know the people involved and the article grossly distorted the facts. Pete did not forge Joseph Cutlip's signature.

**friend of a friend**    Feb 19, 2008    #4        Judged:    1

If he participated in anything related to pedophilia, he is as worthless as a poop flavored lollipop.

Showing posts 1 - 4 of

Type in your comments to post to the forum

**Name** (appears on your post)

**Comments**

Type the numbers you see in the image on the right:    8775

Post Comment

Please note by clicking on "Post Comment" you acknowledge that you have read the compliance with such terms. Be polite. Inappropriate posts may be removed by the moderator.    and the comment you are posting is in

| Topic | Updated | Last By | Comments |
|---|---|---|---|
|  |  | Judge |  |
|  |  | fist runner |  |

April 5, 2008

David Copeland-Jackson
2542 Naylor Road Southeast #201
Washington, D.C. 20020

Dear David,

  I'm writing to respond to your request that I explain why I ended our professional relationship.
  I have been working with you professionally over the last few years. You have helped me with guiding my son through his college entrance. You helped me with the dispute I had with Harris Teeter and before the Virginia Employment Commission in February, 2008. You were presently helping me mediate my dispute with Southern Central, and you were going to help me with a private issue I have before the Virginia Circuit Court.
  I know that you had been to prison in Ohio and I am aware of those circumstances. I read the articles off the internet from a newspaper in Ohio from January 29, 2008, February 21, 2008, and February 27, 2008. In those articles, you were called a convicted pedophile. I want you to understand that my issue is that if you called a third party on my behalf and told them who you are and they were to look you up on the internet under your name they would see that you were being called a pedophile. I believe that would keep other people from taking me seriously because I had a "pedophile" working for me.
  I thank you for everything you have done for me and my family, but I can't let you continue with helping me the Southern Central and the court projects. I really appreciate everything. You know that I don't want to go to court over this and you told me that a notarized letter would help you.

Sincerely,

*Deborah Martin Kilgore*
Deborah Kilgore
(703) 595-6453
Reg #7083394

OFFICIAL SEAL
NOTARY PUBLIC-COMMONWEALTH OF VIRGINIA
TAWANA WILLIAMSON
PRINCE WILLIAM COUNTY
My Commission Expires
August 31, 2011

March 31, 2008

David Copeland-Jackson
2542 Naylor Road SE #201
Washington, D.C. 20020

Dear David:

    This letter is to explain that I read the internet newspaper articles from Ohio, dated 01/29/08, 02/21/08, and 02/27/08.
    I thank you for all your help and guidance. I have decided not to let you mediate the dispute regarding my son and the men that harassed him. The problem is that if somebody were to google your name they would see those articles that called you a pedophile. If you were representing me to a third party and they saw those articles, then I would not be taken seriously. This harassment issue is too important to risk that. I know you understand that.
    I know you went to prison in Ohio and I know why, but those articles tell everyone that you are in the D.C. area and a third party would be able to connect it to you and that would hurt my interests.
    Thank you so much for everything.

Sincerely,

Kimberly T. Kilgore
174 Richwood Hall Road
Kearneysville, WV 25430
(703) 599-1152

DEANNA MARIE LANSDOWN
Notary Public
Commonwealth of Virginia
My Commission Expires May 31, 2009