# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                              )
**DAVID COPELAND-JACKSON,**                   )
                                              )
                 **Plaintiff,**               )
                                              )
         **v.**                               )        **Civil Action No. 08-00558 (ESH)**
                                              )
**IRV OSLIN, *et al.*,**                      )
                                              )
                 **Defendants.**              )
_____)

## ORDER

For the reasons set forth in the opinion accompanying this Order, defendants' motion to dismiss [Dkt. 9] is **GRANTED**; and it is hereby

**ORDERED** that this case is dismissed with prejudice with respect to defendants Irv Oslin and Ashland Publishing.  It is further

**ORDERED** that plaintiff shall show cause by June 26, 2008, why the case against defendant Topix should not be dismissed with prejudice for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

This is a **final appealable order**.  *See* Fed. R. App. P. 4(a).

                                    _____/s/_____
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

DATE:    May 29, 2008