UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
**DAVID COPELAND-JACKSON,**                )
)
       **Plaintiff,**                                    )
)
    **v.**                                                 )    Civil Action No. 08-00558 (ESH)
)
**IRV OSLIN,** *et al.***,**                                  )
)
       **Defendants.**                              )
_____)


## AMENDED ORDER

For the reasons set forth in the opinion accompanying this Order, defendants' motion to dismiss [Dkt. 9] is **GRANTED**; and it is hereby

**ORDERED** that this case is dismissed with prejudice with respect to defendants Irv Oslin and Ashland Publishing. It is further

**ORDERED** that plaintiff shall show cause by June 26, 2008, why the case against defendant Topix should not be dismissed with prejudice for failure to state a claim under Fed. R. Civ. P. 12(b)(6).


                                                        /s/
                                      ELLEN SEGAL HUVELLE
                                      United States District Judge

DATE:    May 29, 2008